**Order entered July 3, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00567-CV

### DARLENE C. AMRHEIN, Appellant

### V.

### ATTORNEY LENNIE F. BOLLINGER AND WORMINTON & BOLLINGER LAW FIRM, Appellees

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02654-2017**

## ORDER

Before the Court is appellant's June 25, 2019 notice informing the Court she has filed for bankruptcy and appellees' July 2, 2019 response. Under Texas Rule of Appellate Procedure 8.2, a bankruptcy suspends the appeal. *See* TEX. R. APP. P. 8.2. However, under appellate rule 8.3, an appeal suspended by bankruptcy may proceed if federal law or the bankruptcy court permits it. *See id.* 8.3. As appellees note in their response, the Bankruptcy Code's automatic stay, upon which appellate rule 8 is based, applies only to proceedings against the debtor. *See* 11 U.S.C. § 362(a)(1); Hearing Transcript, Supreme Court Advisory Committee 4010 (Nov. 18, 1994), 5224 (Jan. 20, 1995).

The underlying suit in this appeal was filed by appellant. Accordingly, the appeal will proceed.

/s/     ERIN A. NOWELL
JUSTICE